UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:08-MD-01928-MIDDLEBROOKS/JOHNSON

IN RE TRASYLOL PRODUCTS LIABILITY
LITIGATION – MDL-1928

THIS DOCUMENT RELATES TO:

*Johnny Ward Putnam v. BAYER A.G., et al.,*
Case No. 9:08-CV-81432
_____/

DEFENDANT BAYER CORPORATION'S
NOTICE OF TAKING VIDEOTAPED DEPOSITION OF
CARL J. BLOND, M.D.

PLEASE TAKE NOTICE that pursuant to Federal Rules of Civil Procedure 28, 30 and 32, Defendant Bayer Corporation will take the deposition upon oral examination of Carl J. Blond, on November 9, 2010, commencing at 10:00 a.m., at San Antonio Kidney Disease Center, 2391 Northeast Loop 410, Suite 405, San Antonio, Texas 78217, Telephone 210-654-7326.

The deposition shall be recorded stenographically and by videotape and will continue from day to day until completed before a person duly authorized to administer oaths who is not counsel of record or interested in the events of this cause. The oral examination is to be taken for purposes of discovery, or for use at trial, or for such other purposes as are permitted under the Federal Rules of Civil Procedure, or the local rules of the United States District Court for the Southern District of Florida and all Pretrial Orders and Case Management Orders entered by the Court.

Individuals who have a disability which may need accommodation should contact the undersigned seven days prior to the deposition.

Dated:  October 13, 2010

Respectfully submitted,

*/s/  Barbara Bolton Litten*
Patricia E. Lowry (Florida Bar No. 332569)
Email: plowry@ssd.com
Barbara Bolton Litten (Florida Bar No. 91642)
Email: blitten@ssd.com
**SQUIRE, SANDERS & DEMPSEY L.L.P.**
1900 Phillips Point West
777 South Flagler Drive
West Palm Beach, FL 33401-6198
Telephone:  561-650-7120
Facsimile:   561-655-1509

*Attorneys for Bayer Corporation*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 13, 2010, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices Electronic Filing generated by CM/ECF or in some other authorized manner for those parties who are not authorized to received Notices of Filing electronically.

*/s/ Barbara Bolton Litten*
Barbara Bolton Litten

## SERVICE LIST

### Case No. 1:08-MD-01928-MIDDLEBROOKS/JOHNSON

James R. Ronca
Email: jronca@anapolschwartz.com
**ANAPOL, SCHWARTZ, WEISS, COHAN,**
**FELDMAN & SMALLEY, P.C.**
1710 Spruce Street
Philadelphia, PA 19103
Telephone:  215-735-1130
Facsimile:   215-875-7758
*Co-Lead Counsel for Plaintiffs*

Theodore Babbitt
Email: tedbabbitt@babbitt-johnson.com
**BABBITT JOHNSON OSBORNE**
**& LECLAINCHE, P.A**.
1641 Worthington Road, Suite 100
West Palm Beach, Florida 33409
Telephone:  561-684-2500
Facsimile:   561-684-6308
*Liaison Counsel for Plaintiffs*

Patricia E. Lowry
Florida Bar No. 332569
Email: plowry@ssd.com
**SQUIRE, SANDERS & DEMPSEY L.L.P.**
1900 Phillips Point West
777 South Flagler Drive
West Palm Beach, FL 33401-6198
Telephone:  561-650-7200
Facsimile:   561-655-1509
*Liaison Counsel for Defendants*

Scott Love
Email:  slove@triallawfirm.com
**CLARK, BURNETT. LOVE & LEE, G.P.**
Lyric Center
440 Louisiana Street, Suite 1600
Houston, TX  77002
Telephone:  713-759-1400
Facsimile:   713-759-1217
*Co-Lead Counsel for Plaintiffs*

Neal Moskow
Email: neal@urymoskow.com
**URY & MOSKOW, LLC**
883 Black Rock Turnpike
Fairfield, CT 06825
Telephone:  203-610-6393
Facsimile:   203-610-6399
*Federal-State Liaison for Plaintiffs*

John T. Givens
Email: johnny@portermalouf.com
Timothy W. Porter
Email: tim@portermalouf.com
**PORTER & MALOUF, P.A.**
825 Ridgewood Road
Post Office Box 12768
Ridgeland, MS  39157
Telephone:  601-957-1173
Facsimile:   601-957-7366
*Counsel for Plaintiff Johnny Ward Putnam*