UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:08-MD-01928-MIDDLEBROOKS/JOHNSON

IN RE TRASYLOL PRODUCTS LIABILITY
LITIGATION – MDL-1928

This Document Relates to:
*Johnny Ward Putnam v. BAYER A.G., et al.,*
Case No. 9:08-CV-81432

_____/

**DEFENDANT BAYER CORPORATION'S
NOTICE OF TAKING DEPOSITION *DUCES TECUM* OF
<u>GENE A. HUTCHESON, M.D.</u>**

PLEASE TAKE NOTICE that pursuant to Federal Rules of Civil Procedure 28, 30 and 32, Defendant Bayer Corporation ("Bayer") will take the deposition *duces tecum* upon oral examination of Dr. Gene A. Hutcheson, on November 23, 2010, commencing at 2:00 p.m., at Watkins & Eager PLLC, 400 East Capitol Street, Jackson, MS 39201, Telephone 601-965-1900.

The deposition shall be recorded stenographically and will continue from day to day until completed before a person duly authorized to administer oaths who is not counsel of record or interested in the events of this cause. The oral examination is to be taken for purposes of discovery, or for use at trial, or for such other purposes as are permitted under the Federal Rules of Civil Procedure, or the local rules of the United States District Court for the Southern District of Florida and all Pretrial Orders and Case Management Orders entered by the Court.

The deponent shall produce the documents and tangible things listed on **Exhibit A**, attached hereto, at the deposition.

2

Individuals who have a disability which may need accommodation should contact the undersigned seven days prior to the deposition.

Dated:  October 13, 2010                                   Respectfully submitted,

*/s/ Barbara Bolton Litten*
Patricia E. Lowry (Florida Bar No. 332569)
Email: plowry@ssd.com
Barbara Bolton Litten (Florida Bar No. 91642)
Email: blitten@ssd.com
**SQUIRE, SANDERS & DEMPSEY L.L.P.**
1900 Phillips Point West
777 South Flagler Drive
West Palm Beach, FL 33401-6198
Telephone:  561-650-7120
Facsimile:   561-655-1509

*Attorneys for Defendant Bayer Corporation*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 13, 2010, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those parties who are not authorized to receive Notices of Filing electronically.

*/s/ Barbara Bolton Litten*
Barbara Bolton Litten

## SERVICE LIST

### Case No. 1:08-MD-01928-MIDDLEBROOKS/JOHNSON

James R. Ronca
Email: jronca@anapolschwartz.com
**ANAPOL, SCHWARTZ, WEISS, COHAN,**
**FELDMAN & SMALLEY, P.C.**
1710 Spruce Street
Philadelphia, PA 19103
Telephone: 215-735-1130
Facsimile: 215-875-7758
*Co-Lead Counsel for Plaintiffs*

Scott Love
Email: slove@triallawfirm.com
**CLARK BURNETT LOVE & LEE GP**
440 Louisiana, Suite 1600
Houston, TX 77002
Telephone: 713-757-1400
Facsimile: 713-759-1217
*Co-Lead Counsel for Plaintiffs*

Theodore Babbitt
Email: tedbabbitt@babbitt-johnson.com
**BABBITT JOHNSON OSBORNE**
**& LECLAINCHE, P.A.**
1641 Worthington Road, Suite 100
West Palm Beach, Florida 33409
Telephone: 561-684-2500
Facsimile: 561-684-6308
*Liaison Counsel for Plaintiffs*

Neal Moskow
Email: neal@urymoskow.com
**URY & MOSKOW, LLC**
883 Black Rock Turnpike
Fairfield, CT 06825
Telephone: 203-610-6393
Facsimile: 203-610-6399
*Federal-State Liaison for Plaintiffs*

Patricia E. Lowry
Florida Bar No. 332569
Email: plowry@ssd.com
**SQUIRE, SANDERS & DEMPSEY L.L.P.**
1900 Phillips Point West
777 South Flagler Drive
West Palm Beach, FL 33401-6198
Telephone: 561-650-7200
Facsimile: 561-655-1509
*Liaison Counsel for Defendants*

John T. Givens
Email: johnny@portermalouf.com
Timothy W. Porter
Email: tim@portermalouf.com
**PORTER & MALOUF, P.A.**
825 Ridgewood Road
Post Office Box 12768
Ridgeland, MS 39157
Telephone: 601-957-1173
Facsimile: 601-957-7366
*Counsel for Plaintiff Johnny Ward Putnam*

## EXHIBIT A

1. Your most current curriculum vitae;

2. All medical records (including but not limited to images such as original x-rays, original x-ray films, original x-ray paper images, and original videotapes) in your possession that relate to Johnny Ward Putnam;

3. All documents and materials you have received and/or reviewed that relate to Johnny Ward Putnam;

4. All documents you have created that relate to Johnny Ward Putnam;

5. All documents and materials you have provided to, and/or that you have received from, plaintiff or plaintiff's counsel;

6. All documents and materials written or provided to you by Bayer relating to Trasylol, including but not limited to any materials from professional sales representatives;

7. All drafts and versions of any statements (along with any supporting documentation) which relate to Johnny Ward Putnam, and which you prepared or which were provided to you by counsel for plaintiff or any other counsel on plaintiff's behalf;

8. All documents relating to any compensation agreements or money exchanged between you and counsel for plaintiff (including but not limited to all time logs, invoices, billing records and copies of checks); and

9. All correspondence (including e-mails) you have had with any attorney (or attorney's representative) who represents or who has represented plaintiff Johnny Ward Putnam in the above-captioned matter or in any litigation in which plaintiff Johnny Ward Putnam alleges, or has alleged, damage or injury as a result of the alleged administration of Trasylol.

10. Any and all other records pertaining to your care, treatment and/or examination of Johnny Ward Putnam not specifically requested above.